UST-32, 3-03

Lothar Goernitz
P. O. Box 32961
Phoenix, AZ  85064
(602) 263-5413

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| FISHER ROOFING, INC. | ) | CASE NO. 02-06480-PHX-SSC |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

     Lothar Goernitz, Trustee, reports that the following dividend check has been issued and funds for the discriminates that were unable to be located have been returned from the National Labor Relations Board. Attached is a list of the discriminates that were unable to be located.

and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| #9 | 07/20/09 | National Labor Relations Board<br>ATT: David a. Kelly<br>Cornele A. Overstreet, Regional Dir<br>2600 N. Central Ave., Suite 1800<br>Phoenix, AZ  85004 | $3,877.97 |

Date: <u>February 7, 2011</u>           /s/ Lothar Goernitz
                                                 Lothar Goernitz, Trustee