Lothar Goernitz
P. O. Box 32961
Phoenix, AZ  85064
(602) 263-5413

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
|  | ) |  |
| FISHER ROOFING, INC. | ) | CASE NO. 02-06480-PHX-SSC |
|  | ) |  |
|  | ) | **AMENDED** |
|  | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
|  | ) | U.S. BANKRUPTCY COURT |

     Lothar Goernitz, Trustee, reports that the following dividend <u>check #9</u> was issued on <u>July 20, 2009</u> to <u>National Labor Relations Board</u> and more than ninety (90) days has elapsed from the date of issuance. The National Labor Relations Board returned funds for the discriminates that they were unable to locate.  Below is a list of the discriminates that the National Labor Relations Board were unable to be locate.

| CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|
| Juan Pablo Oliva Aguilera | $330.87 |
| 2001 W. Roma Ave. |  |
| Phoenix, AZ  85015 |  |
| Nelson Aparicio | $303.79 |
| 3212  W. Granada Rd. |  |
| Phoenix, AZ  85009 |  |
| Jose Arango | $445.46 |
| Unknown Address |  |
| Julio Cesar Contreras | $222.60 |
| Unknown Address |  |
| Jorge Garcia-Rodriguez | $474.06 |
| 4141 W. Glendale Ave., #301 |  |
| Phoenix, AZ  85051 |  |
| Guadalupe Herrera | $303.79 |
| Unknown Address |  |
| Gilberto Lopez Lopez | $303.79 |
| 631 N. 38th Ave. |  |
| Phoenix, AZ  85009 |  |
| Manuel Lopez Martinez | $284.16 |
| 3638 N. 50th Ave. |  |
| Phoenix, AZ  85031 |  |

| | |
|---|---|
| Auigail Ortiz | $303.79 |
| Unknown Address | |
| Jose Amaya Ortiz | $303.79 |
| Unknown Address | |
| Humberto Perez | $43.18 |
| 3638 N. 50th Ave. | |
| Phoenix, AZ 85031 | |
| Oscar Quinones | $303.79 |
| Unknown Address | |
| Juan Carlos Robles | $254.90 |
| Unknown Address | |

Date: <u>February 21, 2011</u>    /s/ Lothar Goernitz
                                  Lothar Goernitz, Trustee